UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY EDWARDS,<br><br>　　　　Defendant. | 2:08-cr-00258-JCM-GWF<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE** |

　　　Presently before the Court is the matter of *United States v. Johnny Edwards*, 2:08-cr-00258 (JCM) (GWF).

　　　On March 18, 2014, this Court held a hearing for revocation of supervised release as to Mr. Edwards. The Court continued the revocation hearing to allow Mr. Edwards to reside in the halfway house until his next revocation hearing on September 17, 2014 at 10:00 a.m.

　　　Accordingly,

　　　IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant JOHNNY EDWARDS reside in a residential re-entry center /halfway house for a period of 6 months. It is further ordered that all previous conditions and terms of release will stay in place.

　　　DATED March 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 19, 2014, she served an electronic copy of the above and foregoing **ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER/HALFWAY HOUSE** by electronic service (ECF) to the person named below:

        DANIEL G. BOGDEN
        United States Attorney
        AMBER M. CRAIG
        Assistant United States Attorney
        333 Las Vegas Blvd. So. 5th Floor
        Las Vegas, NV 89101

                              */s/ Karen Meyer*
                              Employee of the Federal Public Defender